last paragraph reads as follows: "The order of the Circuit Court of Appeals must therefore be set aside and the cause remanded to that court for such further proceedings, not inconsistent with this opinion, as may be appropriate." The judgment is amended accordingly.

Opinion reported as amended, *ante*, p. 269.

Nos. 1–7. UNITED STATES EX REL. QUIRIN ET AL. *v.* COX, PROVOST MARSHAL. See *ante*, p. 18, n.

No. 284. OVERSTREET ET AL. *v.* NORTH SHORE CORPORATION. October 12, 1942. The motion for leave to proceed *in forma pauperis* is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit is also granted. *Mr. Lucien H. Boggs* for petitioners. *Messrs. Roswell P. C. May, Livingston Platt,* and *W. Gregory Smith* for respondent.

Nos. 325 and 326. JEROME *v.* UNITED STATES. October 12, 1942. On petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit. The motion for leave to proceed *in forma pauperis* is granted. The petition for writ of certiorari in No. 325 is also granted. The Court directs that the expense of printing the record be paid by the United States, pursuant to 28 U. S. C., § 832. In No. 326, the petition for writ of certiorari is denied. *Jerome Parker Jerome, pro se. Solicitor General Fahy* and *Assistant Attorney General Berge* for the United States.